<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6504**

BENJAMIN ASHLEY GARDNER,

             Plaintiff - Appellant,

        v.

DOUGLAS   DEVENYNS,   Director   of   Talbot   County   Detention
Center,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland,   at  Baltimore.     James  K.   Bredar,   District  Judge.
(1:11-cv-02725-JKB)

Submitted:  July 2, 2012              Decided:  July 18, 2012

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin   Ashley   Gardner,   Appellant   Pro   Se.     Kevin   Bock
Karpinski, KARPINSKI, COLARESI & KARP, PA, Baltimore, Maryland,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Ashley Gardner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Gardner v. Devenyns, No. 1:11-cv-02725-JKB (D. Md. Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED